**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.                                                                                    DIVISION " "

**MICHELLE GUTTING**

**VERSUS**

**ELLIS ELLISON, UNITED S, INC. and**
**KNIGHTBROOK INSURANCE COMPANY**

Filed:_____       _____

                                                                                    **Deputy Clerk**

**PETITION**

The petition of Michelle Gutting, a person of the full age of majority domiciled in the Parish of Orleans, with respect represents:

1.

Made defendants herein are:

a) Ellis Ellison, a person of the full age of majority domiciled in the State of Texas, who at all times pertinent herein was acting within the course and scope of his employment with United S., Inc.;

b) United S, Inc. a foreign corporation organized and existing pursuant to the laws of the State of Illinois; and

c) Knightbrook Insurance Company, a foreign insurer, organized and existing pursuant to the laws of the State of Delaware, authorized to do business in Louisiana, and which at all times pertinent herein provided a policy of insurance covering the truck driven by defendant Ellison and owned by the defendant United S, Inc.

2.

On December 28, 2021 at approximately 1:00 p.m., plaintiff, Michelle Gutting, was driving westbound in the left lane of the 6200 block of Veterans Boulevard near its intersection with Downs Boulevard in Jefferson Parish. As Ms. Gutting drove her car in the left lane, the defendant Ellison was driving an 18-wheeler truck, owned by defendant United S, Inc., in the center lane of Veterans Blvd. traveling in the same direction alongside Ms. Gutting's car. Suddenly and without warning, defendant Ellison moved into the left lane where Ms. Gutting's car was located, crashing into the right side of her car with the left side of his truck. Ellison

2022-00449
Case 2:22-cv-01493-GGG-JVM   Document 1-3   Filed 05/26/22   Page 2 of 3
L
Section 6
FILED
2022 JAN 18  P 03:08
CIVIL
DISTRICT COURT

continued driving his truck while in contact with Ms. Gutting's car, forcing her car to collide with the guard rail that was on the shoulder of Veterans Blvd.

3.

When the left side of Ellison's 18-wheeler collided with the passenger side of Ms. Gutting's vehicle, it shattered the glass in her passenger side window, covering her with a shower of glass fragments. Additionally, as a result of this accident, Ms. Gutting suffered painful injuries to her neck, back, arms and hands.

4.

After the vehicles had come to a stop, defendant Ellison admitted that he had not seen Ms. Gutting's vehicle as he tried to merge from the center lane into the left lane. After interviewing Ellison and Ms. Gutting, the investigation deputy concluded that Ellison had violated La. R.S. 32:79, improper lane usage.

5.

Plaintiff also claims special damages in the form of past and future medical expenses, past and future lost wages and other out-of-pocket expenses. Plaintiff further incurred property damages in that her vehicle was damages. Plaintiff also incurred expenses in obtaining alternate transportation while her vehicle was out of service.

6.

This accident was caused by the negligence of Ellis Ellison in the following particulars:

a. Improper lane usage;

b. Failing to maintain control of his vehicle;

c. Failing to obey State and Municipal traffic regulations; and

d. Other acts of negligence which will be shown at the trial of this matter.

7.

Defendant United S, Inc. is answerable to plaintiff for the negligence of its employee Ellison through the doctrine of respondeat superior.

8.

At the time of the collision sued hereon, there was in full force and effect a policy of liability insurance issued by defendant Knightbrook Insurance Company which provided liability insurance to Ellison as an employee of United S, Inc. As a result, defendant Knightbrook Insurance Company is liable to plaintiff for all damages plaintiff has suffered.

2022-00449
L
Section 6

Case 2:22-cv-01493-GGG-JVM   Document 1-3   Filed 05/26/22   Page 3 of 3

FILED
2022 JAN 18  P 03:08
CIVIL
DISTRICT COURT

WHEREFORE, plaintiff prays that after due proceedings that there be judgment rendered in her favor and against Ellis Ellison, United S., Inc. and Knightbrook Insurance Company, in solido for all damages, costs and interest from date of judicial demand.

Respectfully submitted,

s/Brett J. Prendergast
Brett J. Prendergast, No. 17755
4603 S. Carrollton Avenue
New Orleans, Louisiana 70119
(504) 593-9277
brett_p_1999@yahoo.com

s/ Michael G. Riehlmann
Michael G. Riehlmann, 02072
4603 S. Carrollton Avenue
New Orleans, Louisiana 70119
(504) 957-2788
mgriehlmann@hotmail.com

/s/ Jacque R. Touzet
JACQUE R. TOUZET
(LSBA No. 26535)
900 Camp Street, 3rd Floor
New Orleans, Louisiana 70113
Phone: (504) 569-8689
Fax: (504) 524-6335
jacque@touzetlaw.com

PLEASE SERVE

Knightbrook Insurance Company
Through its agent for service of process
Honorable R. Kyle Ardoin
Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

PLEASE ISSUE CITATION FOR LONG ARM SERVICE UPON:

Ellis Ellison

United S, Inc.