## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHELLE GUTTING** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE** |
| | * | |
| **ELLIS ELLISON, UNITED S, INC. AND** | * | **MAGISTRATE JUDGE** |
| **KNIGHTBROOK INSURANCE** | * | |
| **COMPANY** | * | |

**************************************************

## LIST OF PARTIES

NOW COMES Defendant, United S, Inc., which submits the following List of Parties in accordance with 28 U.S.C. §1447(b):

1. Michelle Gutting, Plaintiff
   Represented by:
   Brett J. Prendergast, Esq., #17755
   4603 S. Carrollton Avenue
   New Orleans, LA 70119
   T: (504) 593-9277
   Email: brett_p_1999@yahoo.com

2. Michelle Gutting, Plaintiff
   Represented by:
   Jacque R. Touzet, Esq., #26535
   900 Camp Street, 3rd Floor
   New Orleans, LA 70113
   T: (504) 569-8689
   F: (504) 524-6335
   Email: jacque@touzetlaw.com

3. Michelle Gutting, Plaintiff
   Represented by:
   Michael G. Riehlmann, Esq., #02072
   4603 S. Carrollton Avenue
   New Orleans, LA 70119
   T: (504) 957-2788
   Email: mgriehlmann@hotmail.com

4. United S, Inc., Defendant
   Represented by:
   Gerard J. Dragna, #23042
   C. Michael Parks, #19727
   J. Edward McAuliffe, III, #33969
   *Mouledoux, Bland, Legrand & Brackett*
   701 Poydras Street, Suite 600
   New Orleans, Louisiana 70139
   Tel: (504) 595-3000; Fax: (504) 522-2121
   Email: gdragna@mblb.com
   Email: mparks@mblb.com
   Email: emcauliffe@mblb.com

5. Knightbrook Insurance Company, Defendant
   Represented by:
   Matthew F. Morgan, Esq.
   Degan, Blanchard & Nash
   400 Poydras Street, Ste. 2600
   New Orleans, LA 70130
   T: (504) 529-3333
   C: (504) 913-9285
   F: (504) 529-3337
   Email: mmorgan@degan.com

6. Ellis Ellison, Defendant
   This party has not yet been served, but will be represented by undersigned counsel if and when it is properly served.

Respectfully submitted,

*/s/ Gerard J. Dragna*
**GERARD J. DRAGNA, #23042**
**C. MICHAEL PARKS, #19727**
**J. EDWARD McAULIFFE, III, #33969**
*Mouledoux, Bland, Legrand & Brackett*
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: gdragna@mblb.com
Email: mparks@mblb.com
Email: emcauliffe@mblb.com
**Attorneys for United S, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 26th day of May, 2022, at their last known address of record.

*/s/ Gerard J. Dragna*

**GERARD J. DRAGNA**

h:\1339\220509 gutting\pleadings\removal\list of parties.docx